**KRIS J. KRAUS**
California Bar No. 233699
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Kris_Kraus@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ8496 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| JENNIFER VASQUEZ, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: June 6, 2008         /s/ Kris J. Kraus
                            **KRIS J. KRAUS**
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Defendant
                            Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

and

**William R Burgener**
Law Offices of William R Burgener
1775 Hancock Street
Suite 285
San Diego, CA 92110-2931
(619)291-8565
Fax: (619)543-0824
Email: william_burgener@yahoo.com


DATED:  June 6, 2008                    */s/ Kris J. Kraus*
                                         **KRIS J. KRAUS**
                                         Federal Defenders of San Diego, Inc.
                                         Kris_Kraus@fd.org